AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Zenith Insurance Co. *for and on behalf of Pacific Shore Stones East, Inc.,*
*Plaintiff*

and                                           Civil Action No.      3:18-01622-JMC

Joseph Mays
*Intervenor Plaintiff*

v.

Distinctive Surfaces, LLC
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: this case is dismissed as to all claims for lack of federal subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having entered an order of dismissal on July 31, 2020.

Date:   July 31, 2020                                          *CLERK OF COURT*

                                                               s/Angie Snipes
                                                       _____
                                                       *Signature of Clerk or Deputy Clerk*